# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANTHONY RUSHING and
BOOKER ROSS,

       Plaintiffs,

vs.                                      CASE NO. 6:06-CV-436-ORL-19KRS

EDGAR QUINTIN, INC.,

       Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 49, filed May 2, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 49) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 45, filed April 11, 2007) is **GRANTED.** The Mediation Settlement Agreement at Docket Number 47, filed May 1, 2007) is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   25th   day of May, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record